AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Stewart R. Buchanan *also known as Daphne Renee Stewart*,<br>*Plaintiff,*<br>v.<br>SCDPPPS Director Jerry B. Adger,<br>*Defendant.* | )<br>)<br>)   Civil Action No.    1:22-cv-01609-DCN<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Stewart R. Buchanan *also known as Daphne Renee Stewart*, shall take nothing of the defendant, SCDPPPS Director Jerry B. Adger, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, Senior United States District Judge, presiding, affirming the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   October 24, 2022                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker

                                                                       *Signature of Clerk or Deputy Clerk*